Charles Brown
Attorney General/Carson City
Clark County District Attorney
Clark County Public Defender
ORDER DISMISSING APPEAL
This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.
In his notice of appeal, appellant states that he is pursuing an appeal from an "order of commitment entered on 3/29/2019 or, in the alternative, petition for writ of habeas corpus.'' No statute or court rule provides for an appeal from an order of commitment or from an order denying a pretrial petition for a writ of habeas corpus.[1] Castillo v. State , 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) ; Gary v. Sheriff, 96 Nev. 78, 605 P.2d 212 (1980). To the extent that appellant is attempting to file an original petition for a writ of habeas corpus in this court, "[a]n application for an original writ of habeas corpus should be made to the appropriate district court." See NRAP 22. Accordingly, this court
ORDERS this appeal DISMISSED.[2]

The documents before this court do not indicate that a pretrial petition for a writ of habeas corpus has been filed or denied in district court.

Given this order, this court takes no action on the pro se documents filed in this appeal.